UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **BRADLEY LANE,** | : | VIOLATION: |
| | : | 18 U.S.C. § 1001 |
| Defendant. | : | (Making a False Statement) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Making a False Statement)

1. At all times material to this Information, defendant **BRADLEY LANE ("LANE")** was employed by the United States Office of Personnel Management ("OPM") National Background Investigations Bureau ("NBIB"), an agency within the executive branch of the federal government and headquartered in Washington, D.C.

2. On or about January 22, 2016, in the District of Columbia and elsewhere, defendant **LANE**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation, in that in a Report of Investigation of a background investigation of J.H., defendant **LANE** represented that he had interviewed J.D. about J.H., when, in truth and in fact, defendant **LANE** had not interviewed J.D.

**(Making a False Statement in Violation of Title 18, United States Code, Section 1001)**

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
David Misler
D.C. Bar No. 991475
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel. (202) 252.7164
David.Misler@usdoj.gov

2